# Court of Appeals
# of the State of Georgia

ATLANTA,  June 25, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1854. EDWARD TYRONE RIDLEY v. THE STATE.**

Edward Tyrone Ridley has not filed the brief required by Rule 23. Neither has he requested an extension of time to file under Rule 16. Accordingly, this appeal is **DISMISSED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/25/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*